**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DARWIN O. ARGUETA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Civil Action No. 1:22-cv-00657 |
| THE DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

### JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs, jointly with Defendant the District of Columbia, hereby submit this Joint Motion for Settlement Approval. For the reasons set forth in the attached Memorandum of Law and exhibits, the proposed settlement is fair and reasonable and should be approved. The signed Settlement Agreement (**Exhibit 1**) and a supporting declaration from Plaintiffs' counsel Gregory K. McGillivary (**Exhibit 2**) are attached hereto, as is a Proposed Order.

Specifically, the Parties respectfully request that this Court enter an Order approving the settlement reached by the Parties in this action as embodied in their Settlement Agreement as fair, reasonable, and adequate. Plaintiffs also request that, upon approval of the settlement, this Court enter an Order dismissing this case with prejudice, consistent with the Parties' Settlement Agreement.

Consistent with Local Civil Rule 7(m), the undersigned counsel discussed this matter with Defendant's counsel, who consented to the relief requested.

Dated: August 8, 2022                    Respectfully submitted,

                                         */s/ Gregory K. McGillivary*
                                         Gregory K. McGillivary (D.C. Bar No. 411029)
                                         Sarah M. Block (D.C. Bar No. 1026577)
                                         McGILLIVARY STEELE ELKIN LLP
                                         1101 Vermont Ave. NW
                                         Suite 1000
                                         Washington, DC 20005
                                         Phone: (202) 833-8855
                                         Facsimile: (202) 452-1090
                                         gkm@mselaborlaw.com
                                         smb@mselaborlaw.com

                                         *Counsel for Plaintiffs*

                                         KARL A. RACINE
                                         Attorney General for the District of Columbia

                                         CHAD COPELAND
                                         Deputy Attorney General
                                         Civil Litigation Division

                                         */s/ Fernando Amarillas*
                                         FERNANDO AMARILLAS [974858]
                                         Assistant Deputy Attorney General

                                         */s/ Richard P. Sobiecki*
                                         RICHARD P. SOBIECKI [500163]
                                         Assistant Attorney General
                                         Equity Section
                                         400 Sixth Street, N.W., Suite 10100
                                         Washington, D.C.  20001
                                         (202) 805-7521
                                         richard.sobiecki@dc.gov

                                         *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 8, 2022, a copy of the foregoing document and accompanying memorandum and attachments were served on the following individuals by filing the documents on the Court's CM/ECF system:

Richard P. Sobiecki
Assistant Attorney General
400 Sixth Street NW, Suite 10100
Washington, DC 20001
richard.sobiecki@dc.gov

*Counsel for Defendant*

                                                              /s/ *Gregory K. McGillivary*
                                                              Gregory K. McGillivary