IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARWIN O. ARGUETA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:22-cv-00657 |

## ORDER

Upon consideration of the Parties' Joint Motion for Settlement Approval, it is hereby ORDERED that the Motion is granted, and further ORDERED:

(1) The Settlement Agreement, attached as Exhibit 1 to the Parties' Joint Motion for Settlement Approval, is approved, as it is fair and reasonable and in accordance with law;

(2) The above-captioned case is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE